**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter ___11___

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Sextant Stays, Inc. DBA Roami | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 88-1348331 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 296 NE 67th Street<br>Miami, FL 33138 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Miami-Dade | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    https://www.roami.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Sextant Stays, Inc. DBA Roami        Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
    http://www.uscourts.gov/four-digit-national-association-naics-codes.
    _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

Debtor  Sextant Stays, Inc. DBA Roami
_____  Case number (if known) _____
Name

**11. Why is the case filed in**    *Check all that apply:*
**this district?**

☒   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**    ☒ No
**have possession of any**
**real property or personal**    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of**     .    *Check one:*
**available funds**

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**
**creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  Sextant Stays, Inc. DBA Roami                                    Case number (*if known*) _____
        Name

| | |
| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/27/2025
              MM / DD / YYYY

X _Andreas King-Geovanis_                          Andreas King-Geovanis
Signature of authorized representative of debtor    Printed name

Title   CEO

**18. Signature of attorney**

X _Brett Lieberman_                               Date  05/27/2025
Signature of attorney for debtor                        MM / DD / YYYY

Brett Lieberman
Printed name

Edelboim Lieberman PLLC
Firm name

2875 NE 191st Street, Penthouse One
Suite 905
Miami, FL 33180
Number, Street, City, State & ZIP Code

Contact phone _____    Email address  brett@elrolaw.com

FL  69583
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Sextant Stays, Inc. DBA Roami

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 27, 2025          x  _____
                                         Signature of individual signing on behalf of debtor

                                         Andreas King-Geovanis
                                         Printed name

                                         CEO
                                         Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

```
Fill in this information to identify the case:

Debtor name    Sextant Stays, Inc. DBA Roami

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____
```

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1148 S Peters Development LLC 516 Bienville St. New Orleans, LA 70130 | | Landlord | | | | $31,031.02 |
| 714 Canal Street 233 Carondelet Street New Orleans, LA 70130 | | | | | | $124,000.00 |
| AMT Servicios Especilizados LLC 7085 Nova Dr. Fort Lauderdale, FL 33317 | | | | | | $232,031.82 |
| Canna Holding Limited | | | | | | $4,000,000.00 |
| City of New Orleans Bureau of Revenue - Sales Tax 1300 Perdido Street, 1W15 New Orleans, LA 70112 | | | | | | $60,097.00 |
| Dirty Laundry Linen Service 40016 Highway 190 Slidell, LA 70461 | | Trade debt | | | | $38,623.20 |
| Fire-Link Technologies Inc. 5200 SW 163rd AVE Southwest Ranches, FL 33331 | | Trade debt | | | | $22,743.18 |
| Flex Workforce Solutions, LLC  284 Debuys Rd Biloxi, MS 39531 | | Trade debt | | | | $270,782.47 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Sextant Stays, Inc. DBA Roami

Case number (if known) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Florida Department of Revenue 2639 N Monroe St, Suite 100 Tallahassee, FL 32203 | | Tax | | | | $66,798.61 |
| JM International Consulting 1221 SW Bargello Ave Port Saint Lucie, FL 34953 | | Trade debt | | | | $24,041.40 |
| KC Janitorial LLC 7018 Washington Ave New Orleans, LA 70125 | | Trade debt | | | | $53,865.54 |
| Lousiana Department of Revenue 613 N 3rd St Baton Rouge, LA 70802 | | Tax | | | | $107,020.00 |
| Miami Dade County Dpt of Regulatory and Economic Resources 11805 SW 26th St, Suite 230 Miami, FL 33175 | | | | | | $32,605.82 |
| NBV Tower LLC 7939 East Drive Miami Beach, FL 33141 | | Trade debt | | | | $73,806.76 |
| Quarter Holdings, LLC 365 Canal Street, Ste 2800 New Orleans, LA 70130 | | Landlord | | | | $246,384.36 |
| Staff Pro, LLC P.O. Box 6069 New Orleans, LA 70130 | | Trade debt | | | | $35,986.52 |
| Tulip Commercial Limited on Behalf of HLX Directors Limited Withfield Tower, 3rd Floor 4792 Coney Drive, PO Box 1777 Belize City, Belize | | Loan | | | | $10,000,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  Sextant Stays, Inc. DBA Roami                          Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ultra Covering Service 835 Alton Rd, Suite 14 Miami Beach, FL 33109 | | Trade debt | | | | $33,226.85 |
| US Small Business Administration 14925 Kingsport Rd Fort Worth, TX 76155 | | Loan | | $118, 975.00 | $50,000.00 | $118,975.07 |
| Wayfair Professional PO Box 60506 City of Industry, CA 91715 | | Trade debt | | | | $27,321.05 |

**Fill in this information to identify the case:**

Debtor name _____Sextant Stays, Inc. DBA Roami_____

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................. $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................... $ 5,033,274.74

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................. $ 5,033,274.74

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ 285,254.76

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ 15,610,504.81

4. **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b

   $ 15,895,759.57

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## United States Bankruptcy Court
### Southern District of Florida

In re   Sextant Stays, Inc. DBA Roami

Case No. _____

Debtor(s)

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   05/27/2025

Andreas King-Geovanis/CEO
Signer/Title

1148 S Peters Development LLC
516 Bienville St.
New Orleans, LA 70130


1200 Ocean
1200 Ocean Dr
Miami Beach, FL 33139


250 Collins
250 Collins Ave
Miami Beach, FL 33139


2602 Brickell Arch
1395 Brickell Ave, 2602
Miami, FL 33131


50 State Technology, Inc.
620 NE 126th Street
North Miami, FL 33161


640 Magazine Street
640 Magazine St.
New Orleans, LA 70130


714 Canal St.
714 Canal St.
New Orleans, LA 70130


714 Canal Street
233 Carondelet Street
New Orleans, LA 70130


A&L Sales, Inc.
PO Box 74
Belle Chasse, LA 70037


A-1 Elevator Service, LLC
1500 Mehle Ave
Arabi, LA 70032


A-1 SERVICE
A-1 SERVICE - 555 COOLIDGE ST.
New Orleans, LA 70121


Alpha Security and Fire Alarm Services,
PO Box 450478
Fort Lauderdale, FL 33345


AMT Servicios Especilizados LLC
7085 Nova Dr.
Fort Lauderdale, FL 33317


Aqua Clean Corp
465 Brickel Ave
Miami, FL 33131

Auto-Chlor Services, LLC
500 Dakin St.
Jefferson, LA 70121


Bayview Place
503 NE 27th St
Miami, FL 33137


Below and Beyond Pool and Spa Services -
7901 4th St. North
Saint Petersburg, FL 33702


Berkley Management Protection
P. O. Box 631396
Cincinnati, OH 45263


Bosem Corp DBA Doctor Aromas
P.O. Box 612305
Miami, FL 33261


Bourbon Place
127 Carondelet St
New Orleans, LA 70130


Canal Quarters
1016 Canal St, New Orleans, LA 70112
New Orleans, LA 70112


Canna Holding Limited


Castillo Wiring Inc
1071 West 42nd Street
Hialeah, FL 33012


Center Staging LLC
1400 Montegut St.
New Orleans, LA 70117


Cintas
P.O. Box 631025
Cincinnati, OH 45263


City Of Miami Beach
1755 Meridian Avenue, Suite 100
Miami Beach, FL 33139


City of New Orleans Bureau of Revenue -
Sales Tax
1300 Perdido Street, 1W15
New Orleans, LA 70112


Coastal Waste & Recycling
1840 NW 33RD STREET
Pompano Beach, FL 33064

Collins Ave PH
826 Collins Ave PH
Miami Beach, FL 33139


Core Ocean Drive
21088 Hamlin Drive
Boca Raton, FL 33433


CoStar (STR)
501 S 5th Street
Richmond, VA 23219


Deluxe Pest Control, Inc.
208 N.I-10 Service Rd. E.
Metairie, LA 70005


Dirty Laundry Linen Service
40016 Highway 190
Slidell, LA 70461


Downtown Retreat
420 NE 23rd Street
Miami, FL 33137


Duncan Plaza
925 Common St
New Orleans, LA 70112


Ecolab Inc.
2901 SW 149TH AVENUE, Suite 300
Hollywood, FL 33027


Engineering Systems Technology, Inc.
2400 West 84th Street Suite 9
Hialeah, FL 33016


Eric Assouline, Esq.
100 SE 3rd Street, Suite 3650
Miami, FL 33131


Facility Protection Group
501 Bessie Coleman Blvd # 25556
Tampa, FL 33622


Factors Row
822 Perdido St
New Orleans, LA 70112


Fire-Link Technologies Inc.
5200 SW 163rd AVE
Southwest Ranches, FL 33331


Flex Workforce Solutions, LLC
284 Debuys Rd
Biloxi, MS 39531

```
Florida Department of Revenue
2639 N Monroe St, Suite 100
Tallahassee, FL 32203


Foundry Law Group
123 2nd Ave S Ste 230
Edmonds, WA 98020


Green Planet Maintenance, Inc.
6800 SW 40th St #265
Miami, FL 33155


Grove 27
1710 SW 27th Ave
Miami, FL 33145


Guest Supply
P.O. Box 6771
Somerset, NJ 08875


Habitat Residence LLC
1700 SW 2nd Ave
Miami, FL 33129


Habitat Residences Brickell
1700 SW 2nd Ave
Miami, FL 33129


Hamperapp LLC
3513 Chacon Creek Trail
Prosper, TX 75078


Hibernia Tower
812 Gravier St
New Orleans, LA 70112


Hotel Astor
956 Washington Avenue
Miami Beach, FL 33139


JM International Consulting
1221 SW Bargello Ave
Port Saint Lucie, FL 34953


Jorge Rodriguez (Tri-tech Pest Control)
1505 SW 76 Ave
Miami, FL 33144


K&K Electrical (Kenya Keppel)
8401 NW 38th St.
Coral Springs, FL 33065


KC Janitorial LLC
7018 Washington Ave
New Orleans, LA 70125
```

Kings III Emergency Communications
751 Canyon Dr Ste 100
Coppell, TX 75019


KONE
3421 Enterprise Way
Miramar, FL 33025


Law Offices of Sher Garner Cahill
Richter Klein & Hilbert, LLC
909 Poydras Street Suite 2800
New Orleans, LA 70112


Liberty Elevator Corporation
11340 Interchange Circle
N. Miramar, FL 33025


Little River Lofts
7924 NE 2nd Ave
Miami, FL 33138


Lousiana Department of Revenue
613 N 3rd St
Baton Rouge, LA 70802


Maverick United Elevators
4200 SW 54th Ave
Fort Lauderdale, FL 33314


Miami Beach Locksmith
709 71th St
Miami Beach, FL 33141


Miami Dade County Dpt of Regulatory
and Economic Resources
11805 SW 26th St, Suite 230
Miami, FL 33175


Miami Design Shop
294 NE 67th St
Miami, FL 33138


Miami Gate Operator
10837 Southwest 188th Street
Miami, FL 33157


Mimosa Manor
448 NE 38th St
Miami, FL 33137


Motorworks
822 Howard Ave
New Orleans, LA 70113

NBV Tower LLC
7939 East Drive
Miami Beach, FL 33141


Netsuite
500 Oracle Parkway
Redwood City, CA 94065


New Orleans Warehouse
5555 Bullard Ave
New Orleans, LA 70128


Ninth Ward Nursery
12321 Willow Dr.
New Orleans, LA 70131


Orkin, LLC
7725 NW 62ND ST
Miami, FL 33166


OTIS ELEVATOR COMPANY
11760 US Hwy 1 Suite W600
North Palm Beach, FL 33408


Pappu Natural Products Corp.
10715 SW 190th St. Ste 12
Miami, FL 33157


Pye-Barker Fire & Safety, LLC
2669 NW 33Rd St
Miami, FL 33142


Pylons Electrical Contractors LLC
5005 Collins Ave, Apt #1218
Miami Beach, FL 33140


Quality Comfort Systems, Inc.
629 Farrington Drive
Marrero, LA 70072


Quarter Holdings, LLC
365 Canal Street, Ste 2800
New Orleans, LA 70130


Reily Foods Company
880 W Commerce Road - 2nd Floor
New Orleans, LA 70123


Rockoy Laundry LLC
7280 Read Boulevard
New Orleans, LA 70127


Roto-Rooter Services Company
520 Elmwood Park Blvd Suite 190
New Orleans, LA 70123

Safety Net Elevator Communications
PO BOX 557352
Miami, FL 33255


Scentair Technologies
PO BOX 978754
Dallas, TX 75397


South Florida Spool Services
13064 SW 186th Ter
Miami, FL 33177


South Florida Water Consultants, LLC
PO Box 432824
Miami, FL 33423


Southern Chute
3772 SW 30th Ave
Fort Lauderdale, FL 33312


SPI Corporate Solutions Inc
524 S. 2nd Street Suite 5-505
Springfield, IL 62701


St. Charles
301 St Charles Ave
New Orleans, LA 70130


St. Helene
508 Chartres St
New Orleans, LA 70130


Staff Pro, LLC
P.O. Box 6069
New Orleans, LA 70130


Sube, S.A (Cafe Nahual)
18 Calle 14-82 Z13 Plaza
El Triangulo Guatemala City 01013


Sunny Isles
225 179th Dr
North Miami Beach, FL 33160


Switchback Email
PO Box 232
Carbondale, CO 81623


Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018


Terminix Service Co. Inc.
P.O. Box 8668
Metairie, LA 70011

The Alamac
1300 Collins Ave
Miami Beach, FL 33139


The Carmela
4025 Indian Creek Dr,
Miami Beach, FL 33140


The Churchill
1050 Annunciation St
New Orleans, LA 70130


The Current
7939 East Drive
Miami Beach, FL 33141


The Esplanade
427 Esplanade Ave
New Orleans, LA 70116


The Lola
1148 S Peters St
New Orleans, LA 70130


The Luzianne
451 Girod St
New Orleans, LA 70130


The Mandeville
1018 Mandeville St
New Orleans, LA 70117


The Palace
3031 NE 4th Ave
Miami, FL 33137


The Royal Wallpaper
2000 Jefferson St. Unit 12.
Hollywood, FL 33020


The Security & Lock Corp
2680 NE 2nd Ave
Miami, FL 33137


Total Quality Logistics
P.O. Box 634558
Cincinnati, OH 45263


Tulip Commercial Limited
on Behalf of HLX Directors Limited
Withfield Tower, 3rd Floor  4792 Coney D


Ultra Covering Service
835 Alton Rd, Suite 14
Miami Beach, FL 33109

```
US Small Business Administration
14925 Kingsport Rd
Fort Worth, TX 76155


Villa Bella
422 NE 29 St
Miami, FL 33137


Wayfair Professional
PO Box 60506
City of Industry, CA 91715


WHR Holdings LLC
3402 SW 26th Terrace Unit B10
Fort Lauderdale, FL 33312


WTVerges Properties
7240 Crowder Blvd Suite 401
New Orleans, LA 70127
```

# UNITED STATES BANKRUPTCY COURT
### Southern District of Florida
#### www.flsb.uscourts.gov

In Re:
Sextant Stays, Inc. DBA Roami

Case Number
Chapter 11

_____ Debtor(s)    /

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

- ☐ Application by Individual Debtor to Pay Filing Fee in Installments
- ☒ Voluntary petition signed by me on  5-21-25
- ☐ Schedules signed by me on
- ☐ Statement of Financial Affairs signed by me on
- ☐ Statement of Social Security Number(s) signed by me on
- ☐ Statement of *Current Monthly Income (OBF 22)* signed by me on

- ☐ Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments
- ☐ Amended voluntary petition signed by me on
- ☐ Amended schedules signed by me on
- ☐ Amended Statement of Financial Affairs signed by me on
- ☐ Amended Statement of Social Security Number(s) signed by me on
- ☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on

I, _____ Andreas King-Geovanis _____ , the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1. I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2. I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3. I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4. I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

_____
**Signature of Debtor**
**(If non individual, authorized corporate representative)**

_____
**Signature of Joint Debtor (if applicable)**

Andreas King-Geovanis
**Print or Type Name (and title if applicable)**

_____
**Print Name**

Brett Lieberman
**Print or Type Name of Attorney for Debtor**

**Phone:**

LF-11 (rev. 03/06/12)
Software Copyright (c) 1996-2025 Best Case, LLC    - www.bestcase.com

Best Case Bankruptcy